IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| HARGROVE, ADENA M | ) CASE NO: 12-00810-TOM-7 |
| | ) CHAPTER 7 |
| DEBTOR(S). | ) |

## TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

I, Andre' M. Toffel, Trustee in the above named case, file this Report of Unclaimed Property pursuant to 11 U.S.C.§ 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure and submit a check to the Clerk of this Court in the amount of **$2,923.34** which represents the following:

| Claim No. | Creditor and Last Known Address | Dividend or Unclaimed Fund |
|---|---|---|
| 10 | Adena Hargrove<br>7714 Sunrise Lane Apt C<br>Irondale, AL 35210 | $2923.34 |

Note: Original claim listed to Jefferson County District Court. They have notified the Trustee that this claim has been paid in full and the funds are due to be paid to the debtor, Adena Hargrove.

Respectfully submitted this the 18th day of September, 2015.

*/s/ Andre' M. Toffel, as Trustee*
ANDRE' M. TOFFEL, TRUSTEE

OF COUNSEL:
ANDRE' M. TOFFEL, P.C.
450-A Century Park South
Suite #206-A
Birmingham, AL 35226
(205) 252-7115

cc: Bankruptcy Administrator's Office