### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

In the Matter of:

Adena M. Hargrove        }           Case No: 12-00810-TOM7
                           }
       Debtor            }
                           }
                           }

### ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

Adena M. Hargrove, (Debtor), filed a petition for payment of funds held in the Registry of the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041. The petition having been verified, verification that funds are on hand to disburse, the Petitioner named wherein is the proper person entitled to receive said funds, and no objections having been made to the entering of this order,

**It is therefore ORDERED ADJUDGED and DECREED that:**

For good cause shown and on the verified petition filed and presented to the court, the Clerk of this Court is directed to pay Adena M. Hargrove; 709 Rose Drive, Birmingham, AL 35235, the sum of $3244.81, in accordance with the averments of said petition, and that said check be sent by United States mail to the above named petitioner.

Dated: 11/4/15

_(signature)_
TAMARA O. MITCHELL
United States Bankruptcy Judge